AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Kentucky

| | |
|---|---|
| United States of America  v.  Kevin Daniel Lentz  Defendant(s) | Case No. 5:23-mj-5290 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of March 19, 2023 in the county of Fayette in the Eastern District of Kentucky, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| § 18 U.S.C. 2251(a) | Production of Child Pornography |
| § 18 U.S.C. 2422(b) | Enticement of Minor to Engage in Criminal Sexual Conduct |

This criminal complaint is based on these facts:

See attached Affidavit of Special Agent James F. Bugg, which is incorporated and made a part hereof.

☑ Continued on the attached sheet.

/s/ James F. Bugg
*Complainant's signature*

James F. Bugg, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 08/11/2023

*Judge's signature*

City and state: Lexington, Kentucky

Matthew A. Stinnett, US Magistrate Judge
*Printed name and title*